## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MOORE PROPERTIES, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. _____** |
| | ) | |
| **GAS EXPRESS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

COMES NOW, the Plaintiff, Moore Properties, LLC, and files this Complaint against Defendant, Gas Express, LLC, as follows:

## PARTIES AND JURISDICTION

1.      Plaintiff, Moore Properties, LLC ("Moore Properties"), is an Alabama limited liability company with its principal place of business at 248 Jacintoport Boulevard, Saraland, Alabama 36751.  Moore Properties is owned by four individuals who are residents of Mobile County, Alabama, and a trust based in Mobile County, Alabama.  For the purposes of this Court's analysis of diversity in this matter and to satisfy the requirements of 28 U.S.C. § 1332, Moore Properties is a citizen of the State of Alabama.

2.      Defendant, Gas Express, LLC ("Gas Express"), is a Georgia limited liability company with its principal place of business at 1575 Northside Drive, Building 400, Suite 470, Atlanta, Georgia 30318. Upon information and belief, all members of Gas Express are citizens of Georgia. For the purposes of this Court's analysis of diversity in this matter and to satisfy the requirements of 28 U.S.C. § 1332, Gas Express is a citizen of the State of Georgia. Gas Express can be served with process through its Registered Agent, Cogency Global Inc., at 2 North Jackson Street Suite 605 Montgomery, Alabama 36104.

56662528 v2

3.      Subject-matter jurisdiction is proper pursuant to 28 U.S.C. § 1332, as complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## STATEMENT OF FACTS

4.      In 2022, Moore Properties received marketing materials for a transaction titled "Circle K Sale-Leaseback."  The first page of the marketing material contained the following graphic:



5.      The marketing materials describe "Gas Express, LLC **d/b/a Circle K**," as follows:



6.      On August 3, 2022, Moore Properties entered into a Contract for Purchase and Sale of Real Property (the "Contract") with Gas Express to buy the property located at 3001 McGhee

Road in Montgomery, Alabama 36111 (the "Property") for FOUR MILLION SEVEN HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($4,750,000).

7. Pursuant to the Contract, Gas Express was selling the land, improvements, equipment and rights **"used in connection with the ownership, maintenance, or operation of the Property as a Circle K branded convenience store…"**

8. At the time the parties signed the Contract, Gas Express represented that it was in the process of converting the Property to a Circle K. Accordingly, the Contract contained a clause providing that, "[a]t Seller's sole cost and expense, Seller shall diligently pursue completion of construction of the Improvements…To the extent any portion of the Improvements are incomplete as of Closing, then Seller shall escrow…a sum equal to 100% of anticipated costs remaining to complete the improvements…"

9. On November 30, 2022, the sale from Gas Express to Moore Properties closed. Moore Properties executed the closing documents in Mobile County, Alabama, and sent them to the closing agent.

10. Contemporaneously with closing, Moore Properties leased the property back to Gas Express pursuant to a twenty (20) year, triple net lease. The tenant's "Permitted Use" for the Property is defined as, "the right of [Gas Express] to utilize the Premises as a "Circle K":

> "Permitted Use" shall mean the right of the Tenant to utilize the Premises as a Circle K branded convenience store and Circle K retail motor fuel outlet operated in accordance with all applicable zoning, covenants and restrictions. Along with the Circle K branded convenience store and Circle K retail motor fuel outlet, Tenant may in addition offer (i) a quick serve restaurant operated in accordance with all applicable zoning, covenants and restrictions, provided however, the Premises must at all times be used for a Circle K branded convenience store and Circle K retail motor fuel outlet; and/or (ii) such additional services and products normally associated with convenience stores.

11. On the day of closing, the Property was not yet branded a Circle K; therefore, from the $4.7 Million paid by Moore Properties the sum of $212,290.70 was placed into an escrow

account pursuant to an Escrow Agreement.  The Escrow Agreement requires Gas Express to complete the improvements within three hundred sixty-five (365) days.

12.    Despite its contractual obligations, Gas Express did not construct any improvements for a Circle K; it operates the Property as a Ztec Exxon gas station.

13.    After more than a year, Gas Express informed Moore Properties that it is impossible to convert the Property to a Circle K.

14.    The fair market value of the Property as a Ztec Exxon gas station is substantially less than if the Property were a Circle K.

15.    Moore Properties has suffered monetary damages as a result of the Property not being converted to a Circle K.

16.    Moore Properties is entitled to receive the $212,290.70 held in escrow.

## COUNT I – DECLARATORY RELIEF

17.    Moore Properties hereby adopts, restates, and realleges Paragraphs 1-16 above as if fully set forth herein.

18.    In this action, Moore Properties seeks declaratory relief pursuant to Alabama Code §§ 6-6-220, *et seq.*, adjudicating the rights and obligations of the parties hereto and for the determination of issues of fact.

19.    An actual controversy exists between Moore Properties and Gas Express as to the escrow funds at issue.

WHEREFORE, PREMISES CONSIDERED, Moore Properties respectfully requests that this Honorable Court assume jurisdiction over this cause and enter an order declaring that the $212,290.70 is properly payable to Moore Properties; and for such other, further and different relief which it may be entitled, at law or in equity.

Respectfully submitted,


*/s/ Robert C. Matthews*
Robert C. Matthews
Emma P. Goodloe
*Attorneys for Plaintiff, Moore Properties, LLC*

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 North Water Street, Suite 22200
Mobile, Alabama 36602
256-344-5151
rmatthews@burr.com
egoodloe@burr.com


**SERVICE BY CERTIFIED MAIL TO:**
Gas Express, LLC
C/o Registered Agent, Cogency Global Inc.
2 North Jackson Street Suite 605
Montgomery, Alabama 36104